# ATTACHMENT 1

# COMPLAINT FORM

**(for non-prisoner filers without lawyers)**

**IN THE UNITED STATES DISTRICT COURT**
FOR THE _Western_    DISTRICT OF _Wisconsin_

(Full name of plaintiff(s))

_Thomas M. McCarthy_

_12 N. Rural Street_

_Chippewa Falls, WI 54729_
vs

(Full name of defendant(s))

_Sonny Perdue, Secretary_

_US Department of Agriculture_

_1400 Independence Ave. SW MS 9406_

_Washington, DC 20250_

Case Number:

**17 C 728**

(to be supplied by clerk of court)

2017 SEP 22 AM 11: 04
PETER OPPENEER
CLERK US DIST COURT
WD OF WI
DOC NO
REC'D/FILED

A.    PARTIES

1.    Plaintiff is a citizen of _Wisconsin_ and resides at
(State)

_12 N. Rural Street, Chippewa Falls, WI 54729_
(Address)

(If more than one plaintiff is filing, use another piece of paper).

2.    Defendant *Sonny Perdue, Secretary, US Department of Agriculture*
(Name)

is (if a person or private corporation) a citizen of *the United States*
(State, if known)

and (if a person) resides at _____ *Washington, DC* _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for *US Department of Agriculture, Rural Development-Agency*
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

USDA-Rural Development Area Office Located in
Menomonie, WI and their State Office Located in Stevens
Point, WI violated my civil rights. These offices as they
sometimes have in the past refused to interview me for a
GS-1165-07/09 Loan Assistant (Realty) position Located
in the Menomonie, WI office. This was advertised under
Vacancy Announcement # DE11-WI-2016-0349.
Rural Development subjected me to discrimination
based on Sex (male), Age (DOB: 1/1949,

Attachment One (Complaint) – 2     next page

USDA-Rural Development Area office located in Menomonie, WI and their State office located in Stevens Point, WI violated my rights. These offices as they have in the past refuse to interview me for a GS-1165-07/09 Loan Assistant (Realty) position, located in either Menomonie or Shawano, WI as advertised under Vacancy Announcement Number DEU-WI-2016-0349. Rural Development subjected me to discrimination based on sex (male), Age (DOB:    /1949), and reprisal (prior EEO activity), when on June 22, 2016 I was not selected for the position.

The USDA-Rural Development Area Director as directed by the RD State Office only had one interview and hired a female from a lending institution in her area. The Area Director cited a fast tract hiring process from an Executive Order from then President Barack Obama. I told them this does not give you permission to ignore the discrimination laws.

I summed up a Conference Call my ADR-EEO Specialist arranged with the Area Director and State office Human Resources Director and myself had on 12-15-2016. The letter dated 12-17-2016 pretty much sums up what happened and is attached here.

2.

and reprisal (prior EEO activity), when on June 22, 2016 I was not selected for the position.

The USDA-Rural Development Area Director as directed by the Rural Development State Office only had one interview and a hired a female from a lending institution in her area from Menomonie, WI. The Area Director cited a fast-track hiring process from an Executive Order from then President Barack Obama. I told them this does not give you permission to ignore the discrimination Laws.

I summed up a Conference Call my Alternate Dispute Resolution EEO Specialist arranged with the Area Director and State Office Human Resources Director and myself had on 12-15-2016. The Letter dated 12-17-2016 is attached here and documents what happened during that Conference Call.

next page

4.

In another development The USDA-Rural Development EEO Agency claims my complaint was untimely. I appealed to the Office of Federal Operations and they ordered USDA-Rural Development EEO Agency to conduct an investigation. The Office of Federal Operations upheld my complaint was timely. They gave USDA-Rural Development EEO Agency 150 days to complete an investigation. The RD-EEO Agency acknowledged their ruling and said an investigator would contact me. It has been about 80 days from when I received this ruling on 7-3-2017. I was given 90 days from 7-3-2017 to appeal to the court. I am now doing this because I have heard absolutely nothing from an investigator. I believe the USDA-Rural Development EEO Agency has wasted 80 days of the 150 days they have to submit a report. This means they will probably not do a good job at investigating the reasons of reprisal for prior EEO activity. I also believe my qualifications are superior to the one selected for the position.

Attachment One (Complaint) – 4

C.    JURISDICTION

[X]    I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ]    I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.    RELIEF WANTED

Describe what you want the court to do if you win your lawsuit.  Examples may include an award of money or an order telling defendants to do something or stop doing something.

I have previously filed suit at the Western District Court of Wisconsin in years past. They all had merit to show discrimination. The suits were all dismissed on timeliness grounds. This one was timely. I Thomas M. McCarthy requests the following relief:

1. Since USDA-Rural Development refuses to interview me when I am rated "Best Qualified" they should grant me back pay and all benefits like yearly credit towards retirement from 6-30-2006 to the (see next page)

Attachment One (Complaint) – 4

present plus a position at least at GS-11 status which was at my old location status in the Rural Development, Menomonie, WI Area Office back in 2006. This would at least make up for all the trouble caused by a long line of their discrimination.

2. An alternative would be to grant me back pay at the GS-11 status from 6-30-2006 to the year I will reach 70 yrs. old, plus credit towards retirement and benefits I would have earned from 6-30-2006 the year I was forced to retire from a Constructed Forced Retirement. This is at least what I would have had if I was not forced to retire. All of this does not even take into account that I probably by now would be at least a GS-12 or GS-13 had I not been used in a Contructed Forced Retirement. If the court grants my relief USDA-Rural Development would still be getting off cheap.

E.    JURY DEMAND

☐    Jury Demand - I want a jury to hear my case
                        OR
☒    Court Trial – I want a judge to hear my case


Dated this _21st_ day of _September_ 20_17_.

Respectfully Submitted,


_Thomas M. McCarthy_
Signature of Plaintiff

_715- 723- 4368_
Plaintiff's Telephone Number

_fritz_tommymack@yahoo.com_
Plaintiff's Email Address

_12 N. Rural Street_

_Chippewa Falls, WI 54729_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☐    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☒    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Attachment One (Complaint) – 5