IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THOMAS M. MCCARTHY,

JUDGMENT IN A CIVIL CASE

Plaintiff,

17-cv-728-bbc

v.

SONNY PERDUE,

Defendant.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendant Sonny Perdue dismissing this case.

| /s/ | 8/27/2018 |
| --- | --- |
| Peter Oppeneer, Clerk of Court | Date |