IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED
2018 SEP 21 AM 10: 43
PETER OPPE͟N͟E͟R͟
CLERK US DIST CR͟͟

# NOTICE OF APPEAL TO THE 7TH CIRCUIT COURT OF APPEALS FROM A JUDGMENT AND ORDER FROM THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Thomas M. McCarthy | Civil Action No. 17-cv-00728-bbc |
| 12 N. Rural Street | |
| Chippewa Falls, WI 54729 | |
| VS. | |
| Sonny Purdue – Defendant | |
| Secretary United States Department of Agriculture | |
| Agency | |

## NOTICE OF APPEAL

Notice is hereby given that Thomas M. McCarthy, Plaintiff in the above named case hereby appeals to the United States Court of Appeals for the 7th Circuit from the Final Judgment entered in favor of Defendant Sonny Purdue dismissing the case dated and entered 8-27-2018 and from an Order denying plaintiff Thomas M. McCarthy's Motion for Summary Judgment dated 8-27-2018 and entered 8-27-2018. This Notice is dated and signed on 9-19-2018.

*[signature: Thomas M. McCarthy]*

Thomas M. McCarthy         Date: 9-19-2018

12 N. Rural Street

Chippewa Falls, WI 54729